| | |
|---|---|
| JEFFREY E. BEESON, SBN 200897<br>MICHAEL A. TERHORST, SBN 164679<br>Attorneys at Law<br>BEESON TERHORST LLP<br>510 Bercut Drive, Suite V<br>Sacramento, California 95811-0111<br>Telephone: (916) 444-3400<br>Facsimile: (916) 444-3421 | No Filing Fee Required<br>Govt. Code § 6103 |

Attorneys for Defendant
A. CASAS, V. GARIBAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA WALTERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No. **2:17-cv-02393-KJN (PC)**<br><br>**STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT; AND [PROPOSED] ORDER**<br><br>**[E.D. Cal. L.R. 144(a)**<br><br>Judge: The Honorable Kendall J. Newman<br>Trial Date: Not Set<br>Action Filed: May 17, 2017 |

BY AND THROUGH THEIR RESPECTIVE COUNSELS OF RECORD, Plaintiff Debra L. Walters, and Defendants A.S. Hassan, G. Puckering, D.W. Gants, J.P. Thompson, Janice Hallstrom, A. Casas, Veronica Garibay and Blessing Idemudia hereby stipulate and agree to extend the deadline for Defendants A. Casas, Veronica Garibay and Blessing Idemudia to file a responsive pleading to Plaintiff's complaint by twenty-eight (28) days, from the current deadline of December 19, 2017 to January 18, 2018 pursuant to Eastern District Local Rule 144(a).

IT IS SO STIPULATED:

DATED: December 15, 2017　　　　　　　　　LAW OFFICES OF FRANK T. STANLEY

　　　　　　　　　　　　　　　　　　　　　*/s/ Frank T. Stanley* (as authorized on 12/15/17)
　　　　　　　　　　　　　　　　　　　　　Frank T. Stanley
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Debra L. Walters

-1-
**STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**

BEESON TERHORST LLP
510 BERCUT DRIVE, SUITE V
SACRAMENTO, CALIFORNIA 95811-0111
(916) 444-3400 TELEPHONE
(916) 444-3421 FACSIMILE

DATED: December 15, 2017  OFFICE OF THE ATTORNEY GENERAL

/s/ *Joseph R. Wheeler* (as authorized on 12/15/17)
Joseph R. Wheeler
Attorney for Defendants
A.S. Hassan, G. Puckering, D.W. Gants,
J.P. Thompson, and Janice Hallstrom

DATED: December 15, 2017  LAW OFFICES OF RIVERA & ASSOCIATES

/s/ *Jonathan B. Paul* (as authorized on 12/15/17)
Jonathan B. Paul
Attorney for Defendant
Blessing Idemudia

DATED: December 19, 2017  BEESON TERHORST LLP

By: /s/ Michael A. Terhorst
MICHAEL A. TERHORST
Attorneys for Defendants
ALICIA CASAS and VERONICA GARIBAY

Pursuant to the stipulation of the parties (ECF No. 21), IT IS HEREBY ORDERED that the deadline for Defendants A. Casas, Veronica Garibay and Blessing Idemudia to file a responsive pleading to Plaintiff's first amended complaint is extended by twenty-eight (28) days from the current deadline of December 19, 2017, up to and until January 18, 2018.

Dated: December 19, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/walt2393.eot

-2-
**STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**