# UNITED STATES DISTRICT COURT

Eastern  **District of**  California

Debra Walters

Plaintiff (s),

V.

California Department of Corrections and Rehabilitation et al.,

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  2:17-cv-02393-KJN

Notice is hereby given that, subject to approval by the court,  Defendant Alicia Casas  substitutes

(Party (s) Name)

Michael A. Terhorst  , State Bar No.  164679  as counsel of record in place

(Name of New Attorney)

place of  Jonathan B. Paul (SBN 215884)  .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  Beeson Terhorst LLP

Address:  510 Bercut Drive, Suite V, Sacramento, CA 95811-0111

Telephone:  (916) 444-3400  Facsimile  (916) 444-3421

E-Mail (Optional):  michael@beesonterhorst.com

I consent to the above substitution.

Date:  01/05/2018

Alicia Casas

(Signature of Party (s))

I consent to being substituted.

Date:  01/05/2018

/s/ Jonathan B. Paul

Jonathan B. Paul

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  01/05/2018

/s/ Michael A. Terhorst

(Signature of New Attorney)

Michael A. Terhorst

The substitution of attorney is hereby approved and so ORDERED.

Date:  January 8, 2018

/s/ KENDALL J. NEWMAN

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**