# UNITED STATES DISTRICT COURT

Eastern    **District of**    California

Debra Walters

Plaintiff (s),

V.

California Department of Corrections and
Rehabilitation et al.,

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  2:17-cv-02393-KJN

Notice is hereby given that, subject to approval by the court,    Defendant Veronica Garibay    substitutes

(Party (s) Name)

Michael A. Terhorst    , State Bar No.    164679    as counsel of record in place

(Name of New Attorney)

place of    Jonathan B. Paul (SBN 215884)    .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Beeson Terhorst LLP

Address:    510 Bercut Drive, Suite V, Sacramento, CA 95811-0111

Telephone:    (916) 444-3400    Facsimile  (916) 444-3421

E-Mail (Optional):    michael@beesonterhorst.com

I consent to the above substitution.

Date:    01/05/2018

*V. Garibay*

Veronica Garibay

(Signature of Party (s))

I consent to being substituted.

Date:    01/05/2018

/s/ Jonathan B. Paul

Jonathan B. Paul

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    01/05/2018

/s/ Michael A. Terhorst

(Signature of New Attorney)

Michael A. Terhorst

The substitution of attorney is hereby approved and so ORDERED.

Date:    January 8, 2018

/s/ KENDALL J. NEWMAN

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**