UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA WALTERS,<br><br>  Plaintiff,<br><br>  v.<br><br>CA. DEPT OF CORRECTIONS AND REHABILITATION (CDCR), et al.,<br><br>  Defendants. | No. 2:17-cv-2393 KJM KJN P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 9, 2018, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed

/////

/////

1

the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 9, 2018, are adopted in full;

2. The motion to dismiss (ECF No. 13) is granted;

3. Plaintiff's state law negligence claims against defendants Gants, Hallstrom, Hassan, Pickering, and Thompson are dismissed as time-barred; and

4. Defendants Gants, Hallstrom, Hassan, Pickering and Thompson are ordered to file a responsive pleading to plaintiff's Eighth Amendment claims within twenty-one days of the filed date of this order.

DATED: April 19, 2018.

UNITED STATES DISTRICT JUDGE

---

[1] The court corrects a typographical error on page 11, ll. 9-10 in the citation to *Anderson v. Allstate Ins. Co.*, 630 F.2d 67**7**, 683 (9th Cir. 1980).